# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOB BELL | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA | NO.: 15-00393-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 33)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner's Motion for Default Judgement on his Petition for Writ of Habeas Corpus under 22 U.S.C. § 2254. (Doc. 25). The Magistrate Judge denying Petitioner's Motion for Default Judgment. (Doc. 33).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 33). Neither party objected. Having carefully considered the underlying this matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 33)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion for Default Judgment (Doc. 25)** is **DENIED**.

Baton Rouge, Louisiana, this 21st day of March, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**